Thomas L. PARKMAN, Plaintiff-Appellee,

v.

2 R DRILLING COMPANY

and

Argonaut Insurance Company, Defendants-Appellants.

No. 71-2003

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Sept. 13, 1971.

Rehearing Denied Oct. 12, 1971.

Joseph L. Waitz, Houma, La., for defendants-appellants.

---

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.

Philip J. Shaheen, Jr., Lake Charles, La., Caliste Beard, Jr., Lafayette, La., for plaintiff-appellee.

Before COLEMAN, SIMPSON, and MORGAN, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]